# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**WILLIAM "CHARLIE" FIKES**                                                                    **PLAINTIFF**

**VS.**                              **CASE NO. 2:15-CV-00189 JM**

**MEDTRONIC SOFAMOR DANEK USA, INC.**                                              **DEFENDANT**

## ORDER

The Court has been advised that the parties have reached a settlement in this matter.

Accordingly, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of November, 2016.

_____
James M. Moody Jr.
United States District Judge